IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIGITAL LIGHT, LLC, | No C 10-1230 VRW |
| Plaintiff, | |
| | ORDER |
| v | |
| LEMNIS LIGHTING, B V; LEMNIS LIGHTING PATENT HOLDING, B V; ZUMTOBEL GROUP; and LEDON LAMP, GmbH, | |
| Defendants. | |

The court is in receipt of Digital Light's opposition, Doc #25, to motions to dismiss brought by Lemnis Lighting, B V. Doc ##17 & 18.  Lemnis Lighting is hereby ORDERED to file a reply to Digital Light's opposition, Doc #25, on or before April 29, 2010 at 3 PM.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge